UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LYNN MARIE KELLY,** **Plaintiff,** | § § § |
| v. | §   CIVIL ACTION NO. 4:09-cv-02684 |
| **SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.** **Defendant.** | § § § § § § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

1.  Plaintiff files this Notice of Voluntary Dismissal of all claims prior to any Answer or Summary Judgment being filed by any Defendant to inform the Court that she no longer wishes to pursue this matter. This notice is being filed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

2.  Plaintiff requests that the court clerk make the appropriate entry in the court's records so that this matter is reflected as dismissed with prejudice.

-2-

        Respectfully submitted,

        KENNEDY HODGES, L.L.P.


By: _____/s/_____
        Galvin B. Kennedy
        Texas Bar No. 00796870
        Federal ID No. 20791
        Ricardo J. Prieto
        State Bar No. 24062947
        Federal Bar No. 1001658
        3701 Kirby Dr., Suite 400
        Houston, TX 77098
        (713) 523-0001
        (713) 523-1116  facsimile

        **ATTORNEY IN CHARGE FOR PLAINTIFF**